UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Conservation Law Foundation, Inc.


            v.                        Case No. 18-cv-834-SM


Nutter Enterprises, Inc.,
Gilmanton Sand & Gravel, Inc.


JUDGMENT


In accordance with the Consent Decree approved by Judge Steven J.

McAuliffe dated November 30, 2018, judgment is hereby entered.


                              By the Court:

                              Daniel J. Lynch
                              Clerk of Court


Date: November 30, 2018

 cc:  Caitlin Peale Sloan, Esq.
      Zachary Knox Griefen, Esq.
      Joshua M. Wyatt, Esq.
      Laurie D. Dubriel, Esq.